## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ROY A. DAY, ON BEHALF OF HIMSELF AND AS CLASS ACTION ON BEHALF OF OTHERS SIMILARLY SITUATED,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>AT&T MOBILITY, LLC; AT&T INC.; RANDALL L. STEPHENSON,  )<br><br>Defendants.  ) | CIVIL ACTION FILE<br><br>NO. |

## NOTICE OF REMOVAL

Defendants AT&T Mobility LLC, AT&T Inc., and Randall L. Stephenson ("Defendants") specially appear for the limited purpose of giving notice that the above-styled action pending in the State Court of Fulton County, Georgia, is removed to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. §§ 1441, 1446, 1331, and 1367. In support of this Notice of Removal, Defendants respectfully show the following.

## STATEMENT OF THE STATE COURT ACTION

1. On December 1, 2016, Plaintiff Roy A. Day sued Defendants in the State Court of Fulton County, Georgia. A true and correct copy of the Complaint,

and copies of all other process, pleadings, and orders served on Defendants in such action are attached hereto as **Exhibit A.**

2. On July 31, 2017, Plaintiff served Defendant AT&T Mobility with a copy of the Complaint. Defendants filed an Acknowledgement of Service on August 2, 2017.

3. The Complaint alleges that "Defendants" are violating federal and state antitrust laws by "coercing Plaintiff to purchase a new 'mobile device' to obtain a 'true and correct' Microsoft Windows Phone operating system software 'update' that has not been 'adultered' and 'edited'"; by preventing Plaintiff from having his mobile phone "unlocked"; and by denying Plaintiff access to "the 'Softcard' group." Complaint, ¶ 7 (emphasis omitted); Supplemental Complaint, ¶ 3.

4. The Complaint duplicates one that Mr. Day filed in this Court in August 2014. *See Day v. AT&T Mobility, LLC et al.*, No. 1:14-cv-02684-WBH, Doc. Nos. 3. In that case, Hon. Judge Willis B. Hunt, Jr. dismissed the case without prejudice to Mr. Day filing a complaint in the Middle District of Florida, which has sanctioned Mr. Day as an abusive litigant and required him to pay that sanction before filing further suits. *Id.*, Doc. No. 10.

## GROUNDS FOR REMOVAL – FEDERAL QUESTION JURISDICTION

5.   Federal courts have subject matter jurisdiction over civil actions that arise under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. In suits that present such a federal question, federal courts also have supplemental jurisdiction over all other claims that are part of the same case or controversy. 28 U.S.C. § 1367.

6.   Plaintiff asserts claims under the Sherman Act (15 U.S.C. § 1 et. seq.), the Clayton Act (15 U.S.C. §12 et seq.), and the Unlocking Consumer Choice and Wireless Competition Act (Pub. L. No. 113-144, 128 Stat. 1751).

7.   The state law claims that Plaintiff asserts are so related to the foregoing federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

8.   Thus, this Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§1331, and 1367.

## COMPLIANCE WITH § 1441(a)

9.   Consistent with 28 U.S.C. § 1441(a), this District embraces the place where the state court action is pending.

## TIMELINESS OF REMOVAL

10.     Defendants filed this Notice of Removal within 30 days of their receipt of the Complaint in accordance with 28 U.S.C. § 1446(b).

## ATTACHMENT OF STATE COURT PLEADINGS

11.     Defendants have complied with 28 U.S.C. § 1446(a) by attaching as **Exhibit A** a copy of the process, pleadings, and orders served on Defendants in the state court action.

## NOTICE OF REMOVAL GIVEN TO THE STATE COURT

12.     Defendants have attached a copy of the Notice of Filing Notice of Removal as **Exhibit B.**  Promptly after filing this Notice with the Clerk of this Court, Defendants will file a copy of the attached Exhibit B with the State Court of Fulton County, Georgia, and serve that notice on Plaintiff as required under 28 U.S.C. § 1446(d).

## CONSENT

13.     All Defendants, including AT&T Mobility LLC, AT&T Inc., and Randall L. Stephenson, consent to removal and join this Notice of Removal.

## RESERVATION OF RIGHTS

14.     For the avoidance of doubt, Defendants do not waive any rights by filing this Notice of Removal and instead expressly reserves all rights.  In

particular, Defendants reserve the right to seek dismissal for lack of personal jurisdiction.

WHEREFORE, the above-captioned matter is removed to the United States District Court for the Northern District of Georgia.

Respectfully submitted on August 30, 2017,

/s/ John P. Jett
John P. Jett, Georgia Bar No. 827033
Josh C. Hess, Georgia Bar No. 371139

KILPATRICK TOWNSEND &
STOCKTON LLP                                              *Counsel for Defendants*
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Phone: (404) 815-6020
Fax: (404) 541-3174
jjett@kilpatricktownsend.com
jchess@kilpatricktownsend.com