IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROY A. DAY, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 1:17-CV-3294-RWS |
| | : |
| AT&T MOBILITY, LLC, et al., | : |
| | : |
| Defendants. | : |

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss [Doc. No. 3]. The Court notes that Plaintiff has not filed a response in opposition to Defendants' motion. Pursuant to Local Rule 7.1B, failure to file a response indicates there is no opposition to a motion. However, in light of Plaintiff's pro se status, the Court will briefly review Defendants' arguments as to why dismissal of Plaintiff's claims is appropriate.

On August 20, 2014, Plaintiff filed suit in this Court against AT&T Mobility, AT&T, Inc., and Randall L. Stephenson in Case No. 1:14-CV-2684-WBH. Plaintiff alleged that Defendants had violated the antitrust laws by "forcing and coercing Plaintiff to purchase a new 'mobile device' to obtain a 'true and correct' Microsoft Windows Phone operating system software 'update' that has

not been 'adulterated'" and by preventing Plaintiff from unlocking his mobile phone [Case No. 1:14-CV-2694, Doc. No. 3].  Plaintiff then filed a series of motions and a "Supplemental Complaint," in which Plaintiff added an allegation that Defendants had violated antitrust laws by denying Plaintiff "access to a 'Softcard' listing using the 'NFC' wireless payment network" [Case No. 1:14-CV-2694, Doc. No. 9].

On February 26, 2015, Judge Hunt disposed of the Complaints [Case. No. 1:14-CV-2694, Doc. No. 10].  Judge Hunt noted that Plaintiff had "attained a certain infamy in the Middle District of Florida for his repeated abusive filings" [Id.].  Judge Hunt also noted that Plaintiff is "now subject to sanctions in at least four courts" and that those sanctions "would be meaningless if Plaintiff could bypass the court with the simple expedient of naming a Defendant from another district" [Id.].  As a result, Judge Hunt held that the Court would not entertain Plaintiff's pleadings [Id.].  Judge Hunt dismissed the suit without prejudice to Plaintiff filing his Complaints in the Middle District of Florida, where he would need to pay the sanction before proceeding with the suit.

In December 2016, Plaintiff filed this antitrust suit against the same AT&T Defendants, but in Fulton County State Court.  The Complaint and Supplemental

Complaint are virtually identical to the earlier versions. Defendants then removed the case to this Court.

Judge Hunt's 2015 decision bars this identical 2016 case due to the collateral estoppel doctrine. Plaintiff must proceed with these claims in the Middle District of Florida. Defendants' Motion to Dismiss [Doc. No. 3] is GRANTED, and this case is hereby DISMISSED. The Clerk is DIRECTED to close this action.

**SO ORDERED**, this 24th day of October, 2017.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)