UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROY A. DAY,

        Plaintiff,

vs.

AT&T MOBILITY, LLC, et al.,

        Defendants.

CIVIL ACTION FILE

NO. 1:17-CV-3294-RWS

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of Defendants' motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed.**

Dated at Atlanta, Georgia, this 24th day of October, 2017.

                              JAMES N. HATTEN
                              CLERK OF COURT


                      By:  s/ Daniel Ross
                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  October 24, 2017
James N. Hatten
Clerk of Court

By: s/Daniel Ross
      Deputy Clerk